H. S. Kaiser Company, appellant, v. E. L. Drinkwater, appellee. Gen. No. 33,709.

Opinion filed February 24, 1930.

Isidore Levin, for appellant; Harry H. Christenholz, of counsel. McKay, Resa & Russell, for appellee; Herbert Bebb, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Marie Forjan, appellee, v. Evening American Publishing Company and Illinois Publishing and Printing Company, appellants. Gen. No. 33,761.

Opinion filed February 24, 1930.

Keehn, Woods, Weisl & Keeley, for appellants; Edward G. Woods, of counsel. Aaron R. Eppstein, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

H. A. Kingsbury, appellant, v. Ida M. Staten, appellee. Gen. No. 33,821.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

John F. Voigt, for appellant. Gustav E. Beerly, for appellee; John F. Diffenderffer, Jr. and James M. Gillespie, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Henrietta Ashton, appellant, v. Ceacil C. Ashton, appellee. Gen. No. 33,860.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Lester L. Bauer, for appellant. Charles A. Williams, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.